# UNITED STATES DISTRICT COURT
## Northern District of Oklahoma

| | |
|---|---|
| **United States of America** <br>     Plaintiff-Appellee, <br> v. <br><br> **Cameron Kelly McAbee** <br>     Defendant-Appellant. | District Court No. 21-CR-361 <br><br> Court of Appeals No. <br><br> _____ <br> (if known) |

## NOTICE OF APPEAL

Notice is hereby given that the Defendant, Cameron Kelly McAbee, will appeal to the United States Court of Appeals for the Tenth Circuit from the final Judgment In a Criminal Case filed and entered on the docket August 28, 2023 (Doc. 55).

      /s/ John M. Dunn
John M. Dunn, OBA# 20975
616 South Main, Suite 206
Tulsa, OK 74103
(918) 526-8000
(918) 359-5050 Facsimile
jmdunn@johndunnlaw.com
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of August, 2023, a true and correct copy of the above and foregoing instrument was electronically transmitted to AUSA Christopher Nassar, (christopher.nassar@usdoj.gov).

      /s/ John M. Dunn
John M. Dunn