

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

FILED
MAR 10 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

| United States District Court | — | Northern District of Oklahoma (Tulsa) |
|---|---|---|
| **Name** (under which you were convicted): Cameron Kelly McAbee | | **Docket of Case No:** |
| **Place of Confinement:** United States Penitentiary Terre Haute | | **Prisoner No:** 57353-509 |
| **Movant** CAMERON KELLY MCABEE | V. | United States of America |

## MOTION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
United States DIstrict Court for the Northern District of Oklahoma in Tulsa

   (b) Criminal docket or case number (if you know): 4:21-cr-00361-JFH

2. (a) Date of the judgment of conviction (if you know): August 25, 2023

   (b) Date of sentencing: August 25, 2023

3. Length of sentence: LIFE

4. Nature of crime (all counts): 1) 18 U.S.C. §2252A(g)(2),(1);  2) 18 U.S.C. §2251(b), (e); 3) 18 U.S.C. §2252(a)(1),(b)(1);  4) 18 U.S.C. §2252(a)(4),(b)(2)

5. (a) What was your plea: (Check one)
   ~~(1) Not guilty~~    (2) Guilty    ~~(3) Nolo contendere (no contest)~~

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to? _____

1

6. If you went to trial, what kind of trial did you have? (Check one)     Jury     Judge Only

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?     X̶Y̶e̶s̶     No

8. Did you appeal from the judgment of conviction?     Yes     X̶N̶o̶

9. If you did appeal, answer the following:
   (a) Name of court: __United States Court of Appeals for the Tenth Circuit__

   (b) Docket or case number (if you know): __23-5097__

   (c) Result: __dismissed__

   (d) Date of result (if you know): __December 1, 2023__

   (e) Citation of the case (if you know): __2023 U.S. APP. LEXIS 31840__

   (f) Grounds raised: __Sentence was procedurally unreasonable due to improper Guideline Calculation based upon improper grouping of counts.__

   (g) Did you file a petition for certiorari in the United States Supreme Court?     X̶Y̶e̶s̶     No
   If "Yes," answer the following:
   (1) Docket or case number (if you know): _____

   (2) Result: _____

   (3) Date of result (if you know): _____

   (4) Citation to the case (if you know): _____

   (5) Grounds raised: _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?

    X̶Y̶e̶s̶     No

11. If your answer to Question 10 was "Yes," give the following information:

    (a)(1) Name of court: _____

    (2) Docket of case number (if you know): _____

(3) Date of filing (if you know):_____

(4) Nature of the proceeding:_____

(5) Grounds raised:_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
    Yes    No

(7) Result:_____

(8) Date of result (if you know):_____

(b) If you file any second motion, petition, or application, give the same information:
(1) Name of court:_____

(2) Docket of case number (if you know):_____

(3) Date of filing (if you know):_____

(4) Nature of the proceeding:_____

(5) Grounds raised:_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?
    Yes    No

(7) Result:_____

(8) Date of result (if you know):_____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
    (1) First petition    Yes    No

    (2) Second petition    Yes    No

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:_____

_____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

**GROUND ONE:** INEFFECTIVE ASSISTANCE OF COUNSEL

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):
Counsel was ineffective for failing to properly calculate the applicable Sentencing Guidelines and notify McAbee accurately as to McAbee's sentence exposure, and relevant consequences of trial versus entering a plea of guilty. Counsel failed to review and explain discovery material and applicable law. Counsel failed to investigate exculpatory and mitigating evidence. Counsel's errors lead directly to McAbee's decision to plead guilty, and absent these errors, McAbee would have proceeded to trial, as McAbee received no concession for his plea.

(b) **Direct Appeal of Ground One:**
  (1) If you appealed from the judgment or conviction, did you raise this issue?
      ~~Yes~~    No

  (2) If you did not raise this issue in your direct appeal, explain why: Ineffective Assistance of Counsel claims are properly litigated in the instant motion.

(c) **Post-Conviction Proceedings:**
  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes       No

  (2) If your answer to Question (c)(1) is "Yes," state:
      Type of motion or petition: _____

      Name and location of the court where the motion or petition was filed: _____

      Docket or case number (if you know): _____

      Date of the court's decision: _____

      Result (attach a copy of the court's opinion or order, if available): _____

  (3) Did you receive a hearing on your motion, petition, or application?
      Yes       No

  (4) Did you appeal from the denial of your motion, petition, or application?
      Yes       No

  (5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?
      Yes       No

4

(6) If your answer to question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____
_____

Docket case number (if you know):_____

Date of the court's decision:_____

Result: (attach a copy of the court's opinion or order if available):_____
_____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:_____
_____
_____
_____

**GROUND TWO:**_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):_____
_____
_____
_____
_____
_____
_____

(b) **Direct Appeal of Ground Two:**
    (1) If you appealed from the judgment or conviction, did you raise this issue?
      Yes      No

(2) If you did not raise this issue in your direct appeal, explain why:_____
_____
_____

(c) **Post-Conviction Proceedings:**
    (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes      No

(2) If your answer to Question (c)(1) is "Yes," state:
Type of motion or petition:_____

Name and location of the court where the motion or petition was filed:_____
_____

Docket or case number (if you know):_____

Date of the court's decision:_____

Result (attach a copy of the court's opinion or order, if available):_____
_____

(3) Did you receive a hearing on your motion, petition, or application?
   Yes        No

(4) Did you appeal from the denial of your motion, petition, or application?
   Yes        No

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?
   Yes        No

(6) If your answer to question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:_____
_____

Docket case number (if you know):_____

Date of the court's decision:_____

Result: (attach a copy of the court's opinion or order if available):_____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:_____
_____
_____
_____

**GROUND THREE:**_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):_____
_____
_____
_____
_____
_____
_____

6

(b) **Direct Appeal of Ground Three:**
   (1) If you appealed from the judgment or conviction, did you raise this issue?
      Yes      No

   (2) If you did not raise this issue in your direct appeal, explain why:_____
_____
_____

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes      No

   (2) If your answer to Question (c)(1) is "Yes", state:
   Type of motion or petition:_____

   Name and location of the court where the motion or petition was filed:_____
_____

   Docket or case number (if you know):_____

   Date of the court's decision:_____

   Result (attach a copy of the court's opinion or order, if available):_____
_____
_____

   (3) Did you receive a hearing on your motion, petition, or application?
      Yes      No

   (4) Did you appeal from the denial of your motion, petition, or application?
      Yes      No

   (5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?
      Yes      No

   (6) If your answer to question (c)(4) is "Yes," state:

   Name and location of the court where the appeal was filed:_____
_____

   Docket case number (if you know):_____

   Date of the court's decision:_____

   Result: (attach a copy of the court's opinion or order if available):_____
_____
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:_____
_____
_____
_____

**GROUND FOUR:**_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):_____
_____
_____
_____
_____
_____
_____

(b) **Direct Appeal of Ground Four:**
    (1) If you appealed from the judgment or conviction, did you raise this issue?
        Yes        No

    (2) If you did not raise this issue in your direct appeal, explain why:_____
_____
_____

(c) **Post-Conviction Proceedings:**
    (1) Did you raise this issue in any post-conviction motion, petition, or application?
        Yes        No

    (2) If your answer to Question (c)(1) is "Yes," state:
        Type of motion or petition:_____
        Name and location of the court where the motion or petition was filed:_____
_____

        Docket or case number (if you know):_____

        Date of the court's decision:_____

        Result (attach a copy of the court's opinion or order, if available):_____
_____
_____

    (3) Did you receive a hearing on your motion, petition, or application?
        Yes        No

    (4) Did you appeal from the denial of your motion, petition, or application?
        Yes        No

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue on appeal?
      Yes          No

(6) If your answer to question (c)(4) is "Yes," state:

    Name and location of the court where the appeal was filed: _____

    Docket case number (if you know): _____

    Date of the court's decision: _____

    Result: (attach a copy of the court's opinion or order if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

13. Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:
All instances of Ineffective assistance of counsel were previously inappropriate grounds and properly raised in the instant motion.

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the judgment you are challenging? ~~Yes~~    No

If "Yes," state the name and location of the court, the docket or case number, the type or proceeding, and the issues raised: _____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: Travis Don Horton, 2021 S. Lewis Ave., Ste. 520, Tulsa, OK 74104

    (b) At arraignment and plea: Same as Above.

    (c) At trial: N/A

9

    (d) At sentencing: John Mikel Dunn, 616 Main, Ste. 206, Tulsa, OK  74119

    (e) On appeal: Ryan Thomas Truskoski, 1300-G El Paseo Road, Ste. 122, Las Cruces, NM  88001

    (f) In any post-conviction proceeding: N/A

    (g) On appeal from any ruling against you in a post-conviction proceeding: N/A

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes      XX̶

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    X̶X̶X̶    No

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

    (b) Give the date of the other sentence was imposed:

    (c) Give the length of the other sentence:

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?  Yes     No

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitation as contained in 28 U.S.C § 2255 does not bar your motion.* (see below) __This motion is within one-year of the conviction's finality.__

*The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

    A one-year period limitations shall apply to a motion under this section. The limitation period shall run from the latest of:
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, Movant asks that the Court grant the following relief: Vacate the judgment, and order a trial with competent counsel.

or any other relief to which movant is entitled.

_____
Signature of Attorney (if any)

I, declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion Under 28 U.S.C. § 2255 was placed in the prison mailing system on February 17, 2025 (month, date, year).

Executed (signed) on 02/17/2025 (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____

11

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA
TULSA

| | |
|---|---|
| CAMERON KELLY McABEE, ) | |
| ) Petitioner/Defendant ) | Case No. _____ |
| ) | |
| v., ) | Originating Criminal Case No. |
| ) | 4:21-cr-00361-JFH |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent/Plaintiff. ) | |

MOTION FOR LEAVE TO FILE A SUPPORTING MEMORANDUM
OF FACTS AND LAW IN SUPPORT OF McABEE'S
MOTION UNDER 28 U.S.C. §2255 TO VACATE, SET ASIDE, OR
CORRECT SENTENCE

Comes now Cameron Kelly McAbee, pro se, hereby respectfully requesting leave of the Court to file a Memorandum in Support of McAbee's Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct his sentence filed contemporaneously herewith.

McAbee asserts this Court would benefit from a cogent and organized presentation of facts and law relative to McAbee's claims. Therefore, McAbee requests up to and including April 17, 2025 to complete and submit such a brief.

Respectfully Submitted,

*/s/ Cameron McAbee*
Cameron Kelly McAbee
Reg. No. 57353-509
United States Penitentiary Terre Haute

-1-

PO Box 33
Terre Haute, IN  47808

## CERTIFICATE OF SERVICE

I do hereby certify that the foregoing Motion for Leave to File a Memorandum in Support is true and accurate, and pursuant to U.S.C. §1746 and the laws of perjury of the United States, I swear I have deliverd this document to prison staff for mailing via United States Postal Service, with First Class postage pre-paid and affixed, addressed to:

> Clerk of the Court
> U.S. District Court
> United States Courthouse
> 333 West Fourth St., Room 411
> Tulsa, OK  74103-3819

on this the 17th day of February, 2025.

_[signature]_
Cameron Kelly McAbee
Reg. No. 57353-509
United States Penitentiary Terre Haute
PO Box 33
Terre Haute, IN  47808

Cameron McAbee
Reg. No. 57353-509
United States Penitentiary Terre Haute
PO Box 33
Terre Haute, IN 47808

INDIANAPOLIS IN
24 FEB 2025 PM

Postmarked 2/24/2025
21CR361-JFH

Clerk of the Court
U.S. District Court
United States Courthouse
333 West Fourth St., Room 411
Tulsa, OK 74103-3819

RECEIVED
MAR 10 2025
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

INMATE
IDENTIFICATION
CONFIRMED

74103-388159

**RECEIVED**
**FEB 21 2025**
By:_____

U.S. Penitentiary
Terre Haute, IN 47808
Date:_____

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.